**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: RICE, MARY DOLORES | §   Case No. 10-73945 |
| RICE, BRYAN DOUGLAS | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>STEPHEN G. BALSLEY</u>            , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

211 South Court Street
Room 110
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 01:00PM on 11/02/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  / /                        By:    /s/ STEPHEN G. BALSLEY
                                                    Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: RICE, MARY DOLORES                                   §   Case No. 10-73945
RICE, BRYAN DOUGLAS                                         §
                                                           §
Debtor(s)                                                  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*                $           25,001.86

*and approved disbursements of*                     $              187.67

*leaving a balance on hand of* [1]                  $           24,814.19

**Balance on hand:**                                $           24,814.19

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $           0.00
Remaining balance:                        $      24,814.19

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 3,250.19 | 0.00 | 3,250.19 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 2,874.00 | 0.00 | 2,874.00 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 36.50 | 0.00 | 36.50 |
| Accountant for Trustee, Fees - RSM McGladrey, Inc. | 666.50 | 0.00 | 666.50 |

Total to be paid for chapter 7 administration expenses:   $      6,827.19
Remaining balance:                                        $     17,987.00

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $               0.00

Remaining balance:   $          17,987.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $               0.00

Remaining balance:   $          17,987.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 62,671.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 28.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 9,163.43 | 0.00 | 2,629.96 |
| 2 | Discover Bank | 11,127.43 | 0.00 | 3,193.62 |
| 3 | Chase Bank USA, N.A. | 2,515.87 | 0.00 | 722.07 |
| 4 | Chase Bank USA, N.A. | 14,157.42 | 0.00 | 4,063.24 |
| 5 | Chase Bank USA, N.A. | 6,179.68 | 0.00 | 1,773.60 |
| 6 | Chase Bank USA, N.A. | 8,656.38 | 0.00 | 2,484.42 |
| 7 | Fia Card Services, NA/Bank of America | 10,871.23 | 0.00 | 3,120.09 |

Total to be paid for timely general unsecured claims:   $          17,987.00

Remaining balance:   $               0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By:   /s/STEPHEN G. BALSLEY
_____
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 10-73945-MB
Mary Dolores Rice                                               Chapter 7
Bryan Douglas Rice
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-3        User: cbachman        Page 1 of 1        Date Rcvd: Oct 12, 2011
                            Form ID: pdf006       Total Noticed: 16
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2011.
db/jdb      +Mary Dolores Rice,   Bryan Douglas Rice,   415 River Drive,   DeKalb, IL 60115-1925
15959198    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
16255626     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15959207    +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
15959209    +Macys/Fdsb,   9111 Duke Blvd,   Mason, OH 45040-8999
15959211    +Sears/Cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
15959212    +Target Nb,   Po Box 673,   Minneapolis, MN 55440-0673
15959213    +Us Bank Home Mortgage,   4801 Frederica St,   Owensboro, KY 42301-7441
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16199997     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 13 2011 05:14:17    Discover Bank,
              Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
15959202    +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 13 2011 05:14:17    Discover Fin Svcs Llc,
              Po Box 15316,   Wilmington, DE 19850-5316
16576403     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 13 2011 05:10:41
              Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
              Oklahoma City, OK  73124-8809
15959204    +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2011 05:17:51    Gemb/Blains Farm & Fle,
              950 Forrer Blvd,   Kettering, OH 45420-1469
15959205    +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2011 05:17:51    Gemb/Jcp,   Po Box 981402,
              El Paso, TX 79998-1402
15959206    +E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2011 05:17:52    Gemb/Oldnavydc,   Po Box 981400,
              El Paso, TX 79998-1400
15959208    +E-mail/PDF: cr-bankruptcy@kohls.com Oct 13 2011 05:16:56    Kohls/Chase,
              N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
15959210    +E-mail/Text: bankrup@nicor.com Oct 13 2011 03:44:23    Nicor Gas,   1844 Ferry Road,
              Naperville, IL 60563-9600
                                                                                       TOTAL: 8
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15959199*   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
15959200*   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
15959201*   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
15959203*   +Discover Fin Svcs Llc,   Po Box 15316,   Wilmington, DE 19850-5316
15959197   ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
                                                                       TOTALS: 0, * 4, ## 1
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2011**                    **Signature:**   _Joseph Speetjens_