**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: RICE, MARY DOLORES § | Case No. 10-73945 |
| RICE, BRYAN DOUGLAS § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $150,420.00                     Assets Exempt: $35,420.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $17,987.00       Claims Discharged
                                                  Without Payment: $62,376.44

Total Expenses of Administration: $7,014.86

3) Total gross receipts of $ 25,001.86 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $25,001.86 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $114,632.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,014.86 | 7,014.86 | 7,014.86 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 80,165.00 | 62,671.44 | 62,671.44 | 17,987.00 |
| **TOTAL DISBURSEMENTS** | $194,797.00 | $69,686.30 | $69,686.30 | $25,001.86 |

4) This case was originally filed under Chapter 7 on August 05, 2010. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/08/2012            By: /s/STEPHEN G. BALSLEY
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Future interest in the Life Estate left to Wife' | 1129-000 | 25,000.00 |
| Interest Income | 1270-000 | 1.86 |
| **TOTAL GROSS RECEIPTS** | | **$25,001.86** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Us Bank Home Mortgage | 4110-000 | 114,632.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$114,632.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 3,250.19 | 3,250.19 | 3,250.19 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 2,874.00 | 2,874.00 | 2,874.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 36.50 | 36.50 | 36.50 |
| RSM McGladrey, Inc. | 3310-000 | N/A | 666.50 | 666.50 | 666.50 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | | N/A | 27.49 | 27.49 | 27.49 |
| The Bank of New York Mellon | 2600-000 | | N/A | 29.08 | 29.08 | 29.08 |
| Illinois Department of Revenue | 2820-000 | | N/A | 73.00 | 73.00 | 73.00 |
| The Bank of New York Mellon | 2600-000 | | N/A | 58.10 | 58.10 | 58.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | 7,014.86 | 7,014.86 | 7,014.86 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 9,163.00 | 9,163.43 | 9,163.43 | 2,629.96 |
| 2 | Discover Bank | 7100-000 | 11,127.00 | 11,127.43 | 11,127.43 | 3,193.62 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 2,515.00 | 2,515.87 | 2,515.87 | 722.07 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 14,157.00 | 14,157.42 | 14,157.42 | 4,063.24 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 6,179.00 | 6,179.68 | 6,179.68 | 1,773.60 |
| 6 | Chase Bank USA, N.A. | 7100-000 | 8,461.00 | 8,656.38 | 8,656.38 | 2,484.42 |
| 7 | Fia Card Services, NA/Bank of America | 7100-000 | 10,871.00 | 10,871.23 | 10,871.23 | 3,120.09 |
| NOTFILED | Kohls/Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 6,221.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Macys/Fdsb | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Target Nb | 7100-000 | 11,471.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/Cbsd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/Oldnavydc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/Blains Farm & Fle | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/Jcp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 80,165.00 | 62,671.44 | 62,671.44 | 17,987.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-73945  
**Case Name:** RICE, MARY DOLORES  
　　　　　　　RICE, BRYAN DOUGLAS  
**Period Ending:** 02/08/12

**Trustee:** (330410)  STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 08/05/10 (f)  
**§341(a) Meeting Date:** 09/20/10  
**Claims Bar Date:** 12/27/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Primary residence 3 bedroom Ranch, single family | 145,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking Account | 850.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings Account | 900.00 | 0.00 | DA | 0.00 | FA |
| 4 | Home furniture, 20 years old | 800.00 | 0.00 | DA | 0.00 | FA |
| 5 | Paper back books | 150.00 | 0.00 | DA | 0.00 | FA |
| 6 | Personal Clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | 1/4 carat engagement ring | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Instimatic camera | 30.00 | 0.00 | DA | 0.00 | FA |
| 9 | Future interest in the Life Estate left to Wife' | Unknown | 25,000.00 | DA | 25,000.00 | FA |
| 10 | 1995 Buick Park Avenue | 1,600.00 | 0.00 | DA | 0.00 | FA |
| 11 | Dog, undetermined breed | 50.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2 cats, recieved for free | 40.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.86 | FA |
| 13 | Assets    Totals (Excluding unknown values) | **$150,420.00** | **$25,000.00** | | **$25,001.86** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**　　June 1, 2011　　　**Current Projected Date Of Final Report (TFR):**　　September 29, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 10-73945 | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Case Name:** | RICE, MARY DOLORES | | **Bank Name:** | The Bank of New York Mellon |
| | RICE, BRYAN DOUGLAS | | **Account:** | 9200-******01-65 - Money Market Account |
| **Taxpayer ID #:** | **-***7285 | | **Blanket Bond:** | $373,000.00  (per case limit) |
| **Period Ending:** | 02/08/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 12/17/10 | {9} | CSR Motor Sports | Sale of interest in Testamentary Trust of Irene Mary Newquist | 1129-000 | 25,000.00 | | 25,000.00 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 25,000.08 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,000.29 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 25,000.48 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,000.69 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 25,000.89 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,001.10 |
| 05/31/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #10-73945 | 2300-000 | | 27.49 | 24,973.61 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 24,973.81 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 24,974.02 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.08 | 24,944.94 |
| 08/30/11 | 1002 | Illinois Department of Revenue | 2010 State Taxes - FEIN 38-6947285 | 2820-000 | | 73.00 | 24,871.94 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 24,872.15 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.10 | 24,814.05 |
| 09/23/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.14 | | 24,814.19 |
| 09/23/11 | | To Account #9200******0166 | Transfer funds from MMA to Checking Account | 9999-000 | | 24,814.19 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 25,001.86 | 25,001.86 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 24,814.19 | |
| | | | **Subtotal** | | 25,001.86 | 187.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$25,001.86** | **$187.67** | |

{} Asset reference(s)  Printed: 02/08/2012 11:11 AM  V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-73945 | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- | --- |
| **Case Name:** | RICE, MARY DOLORES | | **Bank Name:** | The Bank of New York Mellon |
| | RICE, BRYAN DOUGLAS | | **Account:** | 9200-******01-66 - Checking Account |
| **Taxpayer ID #:** | **-***7285 | | **Blanket Bond:** | $373,000.00   (per case limit) |
| **Period Ending:** | 02/08/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/23/11 | | From Account #9200******0165 | Transfer funds from MMA to Checking Account | 9999-000 | 24,814.19 | | 24,814.19 |
| 11/02/11 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $2,874.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,874.00 | 21,940.19 |
| 11/02/11 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $36.50, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 36.50 | 21,903.69 |
| 11/02/11 | 103 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $3,250.19, Trustee Compensation;  Reference: | 2100-000 | | 3,250.19 | 18,653.50 |
| 11/02/11 | 104 | RSM McGladrey, Inc. | Dividend paid 100.00% on $666.50, Accountant for Trustee Fees (Trustee Firm);  Reference: | 3310-000 | | 666.50 | 17,987.00 |
| 11/02/11 | 105 | Discover Bank | Dividend paid 28.70% on $9,163.43; Claim# 1; Filed: $9,163.43; Reference: | 7100-000 | | 2,629.96 | 15,357.04 |
| 11/02/11 | 106 | Discover Bank | Dividend paid 28.70% on $11,127.43; Claim# 2; Filed: $11,127.43; Reference: | 7100-000 | | 3,193.62 | 12,163.42 |
| 11/02/11 | 107 | Chase Bank USA, N.A. | Dividend paid 28.70% on $2,515.87; Claim# 3; Filed: $2,515.87; Reference: | 7100-000 | | 722.07 | 11,441.35 |
| 11/02/11 | 108 | Chase Bank USA, N.A. | Dividend paid 28.70% on $14,157.42; Claim# 4; Filed: $14,157.42; Reference: | 7100-000 | | 4,063.24 | 7,378.11 |
| 11/02/11 | 109 | Chase Bank USA, N.A. | Dividend paid 28.70% on $6,179.68; Claim# 5; Filed: $6,179.68; Reference: | 7100-000 | | 1,773.60 | 5,604.51 |
| 11/02/11 | 110 | Chase Bank USA, N.A. | Dividend paid 28.70% on $8,656.38; Claim# 6; Filed: $8,656.38; Reference: | 7100-000 | | 2,484.42 | 3,120.09 |
| 11/02/11 | 111 | Fia Card Services, NA/Bank of America | Dividend paid 28.70% on $10,871.23; Claim# 7; Filed: $10,871.23; Reference: | 7100-000 | | 3,120.09 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 24,814.19 | 24,814.19 | $0.00 |
| | | | Less: Bank Transfers | | 24,814.19 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 24,814.19 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$24,814.19** | |

{} Asset reference(s)                                                                                                                                                   Printed: 02/08/2012 11:11 AM        V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-73945  
**Case Name:** RICE, MARY DOLORES  
RICE, BRYAN DOUGLAS  
**Taxpayer ID #:** **-***7285  
**Period Ending:** 02/08/12

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******01-66 - Checking Account  
**Blanket Bond:** $373,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
|  | **MMA # 9200-******01-65** | **25,001.86** | **187.67** | **0.00** |
|  | **Checking # 9200-******01-66** | **0.00** | **24,814.19** | **0.00** |
|  |  | **$25,001.86** | **$25,001.86** | **$0.00** |

{} Asset reference(s)

Printed: 02/08/2012 11:11 AM    V.12.57